IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDUL RASHEED, | : | Civil No. 3:20-CV-00154 |
| Plaintiff, | : | |
| v. | : | |
| SGT. SAEZ, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 30th day of March, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss the amended complaint, Doc. 27, is **GRANTED** in part and **DENIED** in part.

2. Plaintiff's official capacity claims against Defendants are **DISMISSED with prejudice**.

3. Plaintiff's claims against Superintendent Harry are **DISMISSED with prejudice**.

4. Defendants Saez and Emig shall file an answer to the amended complaint in accordance with the Federal Rules of Civil Procedure.

5. By **July 1, 2021**, Plaintiff shall provide the court with the name and address of the unserved defendants. Failure to provide the requested information will result in the dismissal of all claims against the unserved defendants. *See* Fed. R. Civ. P. 4(m).

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania