## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDUL RASHEED, | : | Civil No. 3:20-cv-0154 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LT. SAEZ, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, on this 6th, day of December, 2021, for the reasons set forth in

the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's first motion to compel, Doc. 42, is **DEEMED WITHDRAWN** due to Plaintiff's failure to file a supporting brief. *See* M.D. Pa. Local Rule 7.5.

2. Plaintiff's second motion to compel, Doc. 45, is **GRANTED** in part and **DENIED** in part.

3. Plaintiff's second motion to compel, Doc. 45, is **DENIED** with respect to document requests 1, 2, 3, 4, 5, and 7.

4. Within **<u>twenty-one (21) days</u>** of the date of this order, Defendant Saez **SHALL** supplement his response to request number 6. Defendant Saez **SHALL** disclose any documents demonstrating (1) the Pennsylvania Department of Corrections disciplined him for using excessive force against an inmate, or (2) a court/jury held that he violated an inmate's Eighth Amendment rights by using excessive use of force against them.

5. Plaintiff's third motion to compel, Doc. 48, is **DEEMED WITHDRAWN** due to Plaintiff's failure to file a supporting brief. *See* M.D. Pa. Local Rule 7.5.

6.  Defendants' motion to depose Plaintiff, Doc. 50, is **DEEMED WITHDRAWN** due to Defendants' failure to file a supporting brief.  *See*  M.D. Pa. Local Rule 7.5.

7.  Plaintiff's motion for appointment of counsel, Doc. 52, is **DENIED** without prejudice.

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania